# CASE DESCRIPTION – SUPERIOR COURT

Case Number: HA-13-□□

Check the box that best describes the case. Mark **one** box only.  If the caption is "In the Matter of", do <u>not</u> select Civil – Superior Court case.  Use either Superior Court Miscellaneous Petition or appropriate Domestic Relations case type.  For district court cases, use form CIV-125D.

<u>CIVIL -- SUPERIOR COURT</u>

## CONTRACT
Contract cases involving real property should be reported under the real property category.
- ☐ Debt Collection (CISDEB)
- ☐ Claim Against Seller of Goods/Services (CISCLAIM)
- ☐ Employment Dispute (CISEMP)
- ☐ Other Contract (CISOCT)

## TORT
- ☒ Intentional Tort (e.g. assault, battery, vandalism) (CISIT)
- ☐ Slander/Libel/Defamation (CISSLD)
- ☐ Product Liability (CISPL)
- ☐ Wrongful Death (CISPID)

Automobile Negligence:
- ☐ Personal Injury Only (CISPIA)
- ☐ Property Damage Only (CISPDA)
- ☐ Both (CISIDA)

Other Negligence:
- ☐ Personal Injury Only (CISPIO)
- ☐ Property Damage Only (CISPDO)
- ☐ Both (CISIDO)

## MALPRACTICE
- ☐ Legal Malpractice (CISLMP)
- ☐ Medical Malpractice (CISMMP)
- ☐ Other Malpractice (CISOMP)

## REAL PROPERTY
- ☐ Quiet Title (CISQIT)
- ☐ Foreclosure (CISFOR)
- ☐ Condemnation (CISCNDM)
- ☐ Real Estate Matter (CISREM)

## OTHER CIVIL
- ☐ Arbitration Proceeding (CISAP)
- ☐ Confession of Judgment (CISCCONF)
- ☐ Unfair Trade Practice (CISUTP)—incl. injunc. relief
- ☐ Consumer Protection (CISCP)—incl. injunc. relief (Clerk: Use form CIV-128 for CISUTP and CISCP.)
- ☐ Declaratory Judgment/Injunc. Relief (CISINJ)
- ☐ OSC Request – Admin Agency (CIOSC)
- ☐ Action to Enforce Administrative Agency Order (Incl Subpoena) (CIBW)
- ☐ Writ of Habeas Corpus (CIWHC)
- ☐ Election Contest or Recount Appeal (CISELE)
- ☐ Enforcement of Arbitration Order or Subpoena AS 09.43.070 (CIARB)
- ☐ Other Civil Complaint (CISOCI).  Describe:
_____
_____

<u>FORCIBLE ENTRY AND DETAINER – SUPERIOR COURT</u>
- ☐ Eviction – F.E.D. (CISFED)

<u>FOREIGN JUDGMENT – SUPERIOR COURT</u>
- ☐ Registration of Foreign Judgment (CISFOJ) *Do not use for foreign support/custody order. See Domestic Relations category.*

<u>POST-CONVICTION RELIEF TO SUPERIOR COURT</u>
- ☐ Post-Conviction Relief (CISPCR)

### DOMESTIC RELATIONS

<u>DIVORCE WITHOUT CHILDREN</u>
- ☐ Divorce Without Children (CISDIV)
- ☐ Uncontested Divorce Without Children – Superior Court (CISUDIV)

<u>DIVORCE OR CUSTODY WITH CHILDREN</u>
- ☐ Petition for Custody (CISCUS)
- ☐ Uncontested Complaint for Custody (CISUCUS)
- ☐ Divorce With Children (CISDVC)
- ☐ Uncontested Divorce With Children (CISUDVC)

<u>LEGAL SEPARATION</u>
- ☐ Legal Separation With Children (CICLS)
- ☐ Legal Separation Without Children  (CISLS)

<u>DOMESTIC RELATIONS OTHER</u>
- ☐ Ex Parte Application for OSC for Failure to Comply with Admin Order for Genetic Testing (CIOSCP)
- ☐ Action to Modify or Enforce Administrative Child Support Order (CIPCS)
- ☐ Petition for Order re: PFD or Native Dividend (CIPND)
- ☐ Establishment of Paternity (CISPAT)
- ☐ Disestablishment of Paternity (CIDPAT)
- ☐ Foreign Custody Order – Registration, Modification or Enforcement under AS 25.30 (DR483)
- ☐ Foreign Support Order – Registration, Modification or Enforcement under AS 25.25 (CIUIFSA)
- ☐ <u>Both</u> Foreign Custody and Support Order – Registration, Modification or Enforcement under AS 25.30 and AS 25.25 (CIFCS)
- ☐ Foreign Domestic Relations Order (Not Custody or Support) – Registration, Modification or Enforcement (CIDRFJ)
- ☐ Petition for Annulment (CIANNUL)
- ☐ Petition for Visitation (CIVIS)

Case 4:14-cv-00001-SLG    Document 1-1    Filed 01/09/14    Page 1 of 17
Exhibit A
Page 1 of 17

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

2013 OCT 23 PM 1:15

FILED in the Trial Courts
State of Alaska Fourth District

NOV 7 - 2013  BY

CLEAR
DEPUTY

FRANK BYRON YARRA JR. )
    Plaintiff, )
    vs. )
The City of Fairbanks,Ak., ) Case No. By
Fairbanks Police Department, )
Officer Z. Sherman, ) 4FA-13-02886 CI    Deputy
Officer Robert Johnson, )
Officer Jon Doe 1, )
Officer Jon Doe 2, )
    Defendant(s). )

## COMPLAINT

### VRA CERTIFICATION

I certify that this document and its contents and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) the residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place if the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The plaintiffs legal rights have been violated multiple times and moves this court for a demand of judgement for the relief the plaintiff is entitled to.

This complaint is supported by concurrently filed memorandum, an affidavit of the plaintiff, and a demand for judgement/relief requested.

DATED at Fairbanks, Alaska,Monday, October 7, 2013.

FRANK BYRON YARRA JR.
PLAINTIFF

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING IS BEING:
X MAILED/___ HAND DELIVERED ___VIA COURIER TO THE FOLLOWING ATTORNEY(S) OR PARTIES OF RECORD: F.P.D., City Attorney, Officer Z.Sherman, Officer Robert Johnson, Officer Jon Doe 1, Officer Jon Doe 2

Name_____ Date 10/7/13

Fairbanks, Ak 99701
Fairbanks Correctional Center

1951 Eagan St.
Fairbanks, Ak 99701
Fairbanks Correctional Center

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

FRANK BYRON YARRA JR. )
    Plaintiff, )
    vs. )
The City of Fairbanks,Ak., )   Case No.
Fairbanks Police Department, )
Officer Z. Sherman, )
Officer Robert Johnson, )
Officer Jon Doe 1, )
Officer Jon Doe 2, )
    Defendant(s). )

## MEMORANDUM IN SUPPORT OF COMPLAINT

### VRA CERTIFICATION

I certify that this document and its contents and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) the residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place if the crime or it is an address or telephone number in a transcript of a court prceeding and disclosure of the information was ordered by thr court.

### JURISDICTION

It is this courtsjurisdiction to decide on these matters of complaint, In the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks.

### Complaints/Relevant Facts

Complaint #1.

In June of 2012 I was camping at the Wayside campground in Fairbanks, Ak.. While sleeping in my tent at my camp site, two Fairbanks Police Officers, who I will call Jon Doe 1 and Witness 1, entered my tent unlawfully without a warrant or probable cause. Jon Doe 1 yelled something at me waking me up. I couldnt under stand what he said because i was wearing earplugs while i slept. As i pulled an ear plug out of my left ear Officer Jon Doe 1 jumped on top of me punching me in the face twice. He attempted to punch me a third time but i grabbed his fist. He then pulled out his tasergun and i again grabbed the hand holding the gun. During this time i was in my sleeping bag and told Officer Jon Doe 1, whos wrist i was still holding, that i was going to let go and lay on the ground face first, which i did. During this assault by Officer Jon Doe 1, The second officer who i call Witness 1, watched the entire event with a look of dismay and question at his partners actions. He did not even intervene on his partners behalf when i had to subdue him to stop him from further assaulting me. They handcuffed me pulled me out of my tent and patted me down finding absolutely no contraband. They then ran my name and found no warrants or wants and in fact i was not the person they were looking for, so they released me without explaination of what just occured.

I contend that Officer Jon Doe 1 used excessive force with malicious intent when he assaulted me without provocation. Which is a violation of my fifth and

Yarra v City of Fairbanks,Ak.,Fairbanks Police Department,Officer Z. Sherman
    Officer Robert Johnson, Officer Jon Doe 1, Officer Jon Doe 2
Memorandum in support of Complaint
Page 1 of 5

Eighth amendment rights, depriving me of my "due process" while his assault on me was "cruel and unusual punishment". Officer Jon Doe 1 also violated my fourth amendment right when without a search warrant or probable cause, entered my tent, a dwelling, through two fully closed and zipped up doors to do so.

### Complaint #2.

In June of 2012 on the same day of complaint #1. While at my campsite at the WAY SIDE campground in Fairbanks, Alaska. I was approached by several Officers from the Fairbanks Police Department. They were on a call of complaint about a man in the area with a gun. They took my drivers license, ran my name, and patted me down. After my license come back clear of any warrants or wants, they asked me if I seen the person who allegedly had a weapon. I told them that I did and that he was camped at the site next me which I showed them. I also told them that the alleged susupect and I almost came to blows when he was yelling and cussing and calling people out to fight. The Officer in charge suggested that I should take a walk while they were searching for the gentleman and to come back in about forty-five minutes. So i took a walk that lasted an hour and which had covered quite a few miles. When i returned i found my tent in disarray and all of my belongings were thoroughly searched, and my cell phone and ipod were missing. I have a large 10 person tent and it was housing a large number of my belongings which were searched and trashed. This coupled with the event that occured earlier in the day caused an anxiety attack. At the time i was already being treated for anxiety by my doctor, Dr. Dennis Rodgers and had been prescribed paxil for my condition. During my panic/anxiety attack, I could not find my medication and I started to hyperventilate. At that time the Wayside camp manager came by to check on me and I had her use her cell phone to call for a paramedic.

The Fairbanks Police Officers who illegally entered and searched my tent, a dwelling, did so without a warrant and again without probable cause. Violating my fourth and possibly my fifth amendment rights.
*(During the event there were several Alaska State Troopers on scene but stayed out of my campsite).

### Complaint #3.

In June of 2012 on the same day of complaint #1 and #2, while at my campsite at the Wayside campground in Fairbanks, Alaska, while waiting for medical help to arrive I walked to the water fountain to get some water too see if it would help with my hyper ventilating that was brought on by an anxiety attack. After running a lot of ice cold water over my head and then drinking a substantial amount, I finally caught my breath and was starting to calm down some. While walking back to my camp site I was almost hit by a Fairbanks Police cruiser doing about 40mph in a 5mph zone with his lights on but without the siren. Upon almost hitting me he immediately stopped his car, jumped out at me, yelling something i could not understand and then grabbed my arm twisting it trying to put it into an armbar. Out of sheer surprise and self preservation I reversed his grip in which he went into a body roll to reverse my grip but i rolled with him and coming to my feet had his arm in a locked armbar. I immediately told him i didnt know why this was happening but that i was going to let go and then lay on the ground face first, which I did. He got up, screamed an explicit word at me and then jumped onto my lower back with his knee causing pain. He then put his hand cuffs on me as tight as he possibly could and then grabbed the middle of his cuffs and yanked me to my feet harshly, which caused the habdcuffs to cut into my skin causing bleeding cuts and bruises which turned into scars that I clearly have now.

This is who I call Officer Jon Doe #2 for I didnt get his name . After throwing me into his cruisers back seat roughly head first, he called dispatch and found out that I had the campground manager call for help. Also during this time the campground manager was trying to tell him the same thing, that i called for help.

Yarra v City of Fairbanks,Ak.,Fairbanks Police Department,Officer Z. Sherman, Officer Robert Johnson, Officer Jon Doe 1, Officer Jon Doe 2
Memorandum in support of Complaint
Page 2 of 9

Case 4:14-cv-00001-SLG   Document 1-1   Filed 01/09/14   Page 4 of 17
Exhibit A
Page 4 of 17

I contend that Officer Jon Doe 2 used excessive force with malicious intent when he purposely jumped on my lower back knee first causing pain and also when he purposely applied his handcuffs to my wrist as tight as possibly, thenyanking me up to my feet by only the handcuffs which caused them to badly cut my wrist and hand, causing bleeding, bruising, and scarring which will never go away.I also believe that he violated at least my fifth and eighth amendments.

### Complaint #4.

After an incident that occured on Februay 23, 2013 in Fairbanks,Alaska. Fairbanks Police Officer Robert Johnson, after transporting me to the Fairbanks Correctional Center for a warrant due from missing a court appearance, had taken two of my back packs with him to house in the property room of the police department. After asking why he would take my backpacks, which were in no way connected to a crime, to F.P.D.. He stated that F.C.C. does not house excess property and that I can have some one pick them up if i am not able to. After what i believe to be about two weeks, I was sent to the NorthStar Center which is a residential halfway house. Hoping to have some one pick up my two back packs, i called the F.P.D. and spoke to a property officer who could neither find my backpacks in property or evidence, so they asked me to call back the next day. The next day i called and spoke to Officer Johnson who informed me that my backpacks were searched and still in the process of being searched. I then asked him if the phone call was being recorded in which he responded that it was being recorded. I then asked if he had a warrant to search my backpacks and he told me that he did not. I then asked him why he thought it was okay to illegally search my backpacks and he responded that there could be spoiled food contained in them. He then asked me about a substance he found in one of the bags and tried to get me to say it was illegal narcotics which i assured him that it was not. He then said he was going to have it tested.(Apparently the test must of came back negative.) I then asked to talk to his superior officer. He told me to call back the next day. Again the next day the officer in charge told me that they did not have a search warrant to search my bags but they still wouldnt and didnt release them to me. Causing hardships in my personal life. By their own admission they violated my fourth amendment right by committing an illegal search and seizure. They also violated my fifth amenment right violating my due process. I also believe they violated pertinent information laws. They still have my backpacks and will neither release them to me or give a detailed list of what they both fully contain.

### Complaint #5

On March 16, 2013 I was a passenger in a vehicle that after a short chase, Officer Sherman used a pit manuever to stop. After exiting the passenger side of the vehicle, I had to jump into the adjoining snowberm to avoid being hit by Officer Avery Thompson's police cruiser, which did in fact strike Robert Garma. I was in waist deep snow with my arms raised, when Officer Sherman yelled to"get down!"....
"get the f*** down!"he then fired three shots at me from his assault rifle, pulling the trigger three consecutive times, nicking the side of my neck twice. He then took a step into the snow and slipped. At that point out of self preservation, I got up and ran around the building where i sat and checked to see if i was hit. A short time later an officer found and arrested me. Officer Sherman lied and fabricated a story

Yarra v City of Fairbanks,Ak.,Fairbanks Police Department,Officer Z. Sherman, Officer Robert Johnson, Officer Jon Doe 1, Officer Jon Doe 2
Memorandum in support of Complaint
Page 3 of 5

claiming that he slipped and fired one round on accident. That was later found to be untrue by an investigator within the department. Also through that investigation Officer Thompson's witness testimoney found that Officer Sherman did not fall and then fire his weapon, but that he deliberately fired his weapon at me three times and then fell. And then he tried to cover it up by lying. From what I know Officer Sherman was either fired or suspeneded for his actions against me. Officer Shermans assault on me was deliberate with malicious intent, deprived me of my due process, and was definitly a form of cruel and unusual punishment. He absolutely used excessive force and by doing so he also violated the Fairbanks Police Departments excessive force guidlines that are in place to protect persons such as myself. Not only did he scar me physically he did much to destroy the mental state that it has taken over two years for Dr.Dennis Rodgers and me to mend, before the assault Officer Sherman commited against me.

Since 2011, i have been under the care of Dr. Dennis Rodgers of the Tanana Valley Clinic. Dr. Rodgers has been treating me for anxiety and for pain relief due to a prior broken knee and for lower back pain. During my treatment i was prescribed paxil at 20mgs per dose. During the course of my treatment and recovery it was found that the paxil was working. My anxiety level was down, my weight was up, and was working and functioning in society. So my dosage was lowered to 10mgs., and during 2012 i was given my last prescription to last until 2013. I made alot of progress and was living with my condition. In 2012 I started working for 2mm Contracters where i made DavisBacon wages of $49.95. In 2013 i was working for Rockwell Engineering and Construction until that business was sold that winter and bought by 2MM Contracters. I was the mediarey of that proposition. Things were looking better even though i was already assaultdd by the department twice in 2012. After Shermans malicious assault on me, i dont have the same out look and in fact he wiped two years of treatment between me and my doctor.

### Complaint#6

I contend that both the Fairbanks Police Department and the City of Fairbanks are liable. I claim that the department and the city's failure to adequately train its officers in the constitutional limits of the use of force, costitutes deliberate indifference to the safety of its inhabitants as a matter of law. Existing training programs for a class of employee's, such as police officers, represents a policy for which the city is responsible for. Whether inadequate training can justifiably be said to represent "city policy"? Moreover for the liability to attach in this circum- stance, the identified deficiency in this city's training program are all closely related to the ultimate injuries i recieved. Which have been proven by the several incidents between the department and myself. This city failed to protect me from its own employees multiple times. The City of Fairbanks can not use the Immunity Doctrine. In reliance on the "immunity doctine",citys, districts, municilpalities, boroughs,and local governments, have failed to adequately insure themselves against liability.In reliance on the immunity doctrine, they have probally failed to investi- gate past incidents which they would have investigated had they known they might be later held responsible for. The departments officers and the city's employees, as a whole have violated my constitutional amendment rights including but not limited to; my fourth amendment right; which garruntees me protection from illegal and un- reasonable searchs. The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searchs ans seizures, shall not be violated,

Yarra v City of Fairbanks,Ak.,Fairbanks Police Department,Officer Z. Sherman,
        Officer Robert Johnson, Officer Jon Doe 1, Officer Jon Doe 2
Memorandum in support of Complaint
Page 4 of 5

and no warrant shall issue, but upon probable cause, supported by oath or affirmation, and particulary describing the place to be searched and the person or the things to be seized. In violating my fourth amendment right, they also violated pertinent information laws that protect the people and prevent yhe government agencies from illegally compiling databases that contain our private and pertinent information. Things like but not limited to; cell phones, wallets, address books, ipods, memorey cards, modems, laptops, W2 tax forms, paystubs, legal paperwork, etc., all of which both my backpacks contain and which those and several more items which my tent contained. I still havent recieved my backpacks back or an inventory list. They also violated my due process... depriving me of liberty which is protected by my fifth amendment right. And last but not least...the mulitple assaults on me by the departments and cities employees, not only violated my fifth amendment rights, but also violated my eighth amendment rights that garuntee me protection from cruel and unusual punishment due to the excessive force they used against me. Again the City of Fairbanks and the Fairbanks Police Departments failure to protect me from their employees is proven again by not only the inadequate training that they have provided, but also through the fact that they hired Officer Z. Sherman though he suffers from post traumatic stress disorders that must of been known by the Department prior to his hiring. The City of Fairbanks and the Fairbanks Police Department are liable for the damages caused by their employees.

### Causes For Relief.
#### Complaint #1.

For Officer Jon Doe 1's assault on me and his reckless disregard of my civil and constitutional rights, I request relief in the amount of $250,000.00.

#### Complaint #2.

For the reckless disregard of my civil and constitutional rights by the Fairbanks Police Department, I request relief in the amount of $15,000.00.

#### Complaint #3.

For Officer Jon Does2's assault on me and his reckless disregard of my civil and constitutional rights, I request relief in the amount of $350,000.00.

#### Complaint #4.

For Officer Robert Johnsons reckless disregard of my civil and cónstitutional rights, I request relief in the amount of $15,000.00.

#### Complaint #5.

For Officer Z. Shermans assault on me and his reckless disregard of my civil and constitutional rights, I request relief in the amount of $1,300,000.00.

#### Complaint #6.

For the numerous assaults and the numerous civil and constitutional rights violations committed against me by their employees. For the failure to adequately train its officers. For the deliberate indifference to my safety and for the failure to protect me from its officers/employees. From the City of Fairbanks,AK and the Fairbanks Police Department, I request relief in the amount of $4,000,000.00.

### Claim For Relief.

The claim for relief in the requested amount of $5,930,000.00. is justifiable by the numerous assaults that have left permanent scars physically and mentally upon my person. My civil and constitutional rights have been violated several times and those actions have wiped out almost two years of treatment and recovery from a pre-existing condition. It will take at least two and maybe four more years of intense therapy to repair the damage caused just to get back my former stable mental state of mind which took two years to do previously. Two to four more years of doctor visits,medication, and therapy sessions and the resulting medical bills. This is a fair claim and request for relief.

Garra v City of Fairbanks,Ak.,Fairbanks Police D⸱            Exhibit A
Page 5 of 5            Officer Robert Johnson. off⸱      Page 7 of 17      Sherman,

All the complaints and relevant facts in these matters are the truth to the best of my knowledge.

FRANK BYRON YARRA JR.            DATE
PLAINTIFF
1931 Eagan St.
Fairbanks,Alaska 99701


Subscribed and sworn to or affirmed before me at_____FAIRBANKS_____,Alaska
ON___11/3/13_____.
    DATE

(SEAL)



_____
Notary Public

My commision expires: With office

YARRA v City of Fairbanks,Ak., Fairbanks Police Department, Officer Z. Sherman, Officer Robert Johnson, Officer Jon Doe 1, Officer Jon Doe 2
Memorandum in support of Complaint
Page 6 of 6

In The Superior Court For The State Of Alaska
Fourth Judicial District At Fairbanks

FRANK BYRON YARRA JR.
    Plaintiff,

    vs.

The City of FAirbanks,Ak.,    ) Case No.
Fairbanks Police Deparetment,
Officer Z. Sherman,
Officer Robert Johnson,
Officer Jon Doe 1,
Officer Jon Doe 2,

    Defendant(s).

## ORDER FOR JUDGEMENT/RELIEF REQUESTED

### VRA CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim or witness to any offense unless it is an address used to identify the place of a crime or it is an address or telephone number in a transcript of a court proceeding and disclosurer of the information was ordered by the court.

Upon cosideration of the plaintiffs complaint in this matter, the supporting memorandum and exibit, the response of the defendant(s), if any and the court being sufficiently informed in the matter,

IT IS HEREBY ORDERED that the plaintiffs Judgement and the relief requested Is GRANTED.

Dated at Fairbanks, Alaska this____day of_____,2013.

_____
JUDGE OF THE SUPERIOR COURT

This is to Certify That A Copy Of
The Foregoing Is Being:
X MAILED/___HAND DELIVERED___VIA COURIER TO
THE FOLLOWING ATTORNEY(S) OR PARTIES OF
RECORD: F.P.D.,City Attorney, Officer Z.Sherman, Officer Robert Johnson,
Officer Jon Doe 1, Officer Jon Doe 2

_____   10/7/13
Name            Date

1931 Eagan St.
Fairbanks, Ak 99701
Fairbanks Correctional Center

## IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT FAIRBANKS

FRANK BYRON YARRA JR. :

Plaintiff(s),

vs.

The City of Fairbanks,Ak.,

Fairbanks Police Department,
Officer Z. Sherman, Officer Robert Johnson,
Officer Jon Doe 1, Officer Jon Doe 2

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 4FA-13-02886 CI

## SUMMONS
## AND
## NOTICE TO BOTH PARTIES
## OF JUDICIAL ASSIGNMENT

MAYOR JON EBERHART
800 CUSHMAN ST.
To Defendant: FAIRBANKS,AK 99701    /    The City of Fairbanks,Ak.

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented) Frank Byron Yarra Jr. , whose address is: 1931 Eagan St.

Fairbanks,Ak 99701 .

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm , to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge *Mac Donald* .

CLERK OF COURT

12-6-13
Date

By _C. Lynch_
Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT FAIRBANKS

FRANK BYRON YARRA JR.   )
  )
  )
  )
          Plaintiff(s),   )
  )
vs.   )
  )
The City of Fairbanks,Ak.   )
Fairbanks Police Department,   )
Officer Z. Sherman, Officer Robert   )
Johnson, Officer Jon Doe 1   )
Officer Jon Doe 2,   Defendant(s).   )
  )

CASE NO. 4FA- $\underline{13-02886 \ CI}$

**SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT** 911 CUSHMAN ST.

To Defendant:   Fairbanks Police Department/Police Chief Lorn Zager   FAIRBANKS,AK 99701

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented) Frank Byron Yarra Jr. , whose address is: 1931 Eagan St. Fairbanks,Ak. 99701 .

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm , to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge _MacDonald_.

CLERK OF COURT

___12-6-13___
      Date

By ___C. Lynch___
      Deputy/Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

## IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT FAIRBANKS

Frank Byron Yarra Jr., )
)
)
Plaintiff(s), )
)
vs. )
The City of Fairbanks,Ak., )
Fairbanks Police Department, )  CASE NO. 4FA- 13-02886 CI
Officer Z. Sherman, Officer Robert Johnson, )
Officer Jon Doe 1, Officer Jon Doe 2, )  **SUMMONS**
Defendant(s). )  **AND**
)  **NOTICE TO BOTH PARTIES**
_____ )  **OF JUDICIAL ASSIGNMENT**
911 CUSHMAN ST.,FAIRBANKS,AK99701

To Defendant:___Officer Robert Johnson/ Fairbanks Police Department/POLICE CHIEF LORN ZAGER

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented) Frank Byron Yarra Jr._____, whose address is:_1931 Eagan St._____
Fairbanks,Ak. 99701_____.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm , to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge _MacDonald_.

CLERK OF COURT

_12-6-13_
Date

By _C.Lynch_
Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT FAIRBANKS

FRANK BYRON YARRA JR.

                    Plaintiff(s),

    vs.

Officer Z. Sherman,Officer Jon Doel,
Fairbanks Police department,
The City of Fairbanks,Ak.,
Officer Robert Johnson,
Officer Jon Doe 2,     Defendant(s).

CASE NO. 4FA- *13-02886 CI*

**SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

911 CUSHMAN ST.
POLICE CHIEF FAIRBANKS,AK
99701

To Defendant: Officer Z. Sherman/ Fairbanks Police Department/ LORN ZAGER

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented) FRANK BYRON YARRA JR. , whose address is: 1931 Eagan St. Fairbanks Ak., 99701 .

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm , to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge *MacDonald* .

CLERK OF COURT

12-6-13
Date

By _C. Lynch_
Deputy Clerk

---

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT FAIRBANKS

Frank Byron Yarra Jr., )
)
)
Plaintiff(s), )
)
vs. )
The City of Fairbanks, Ak., )
Fairbanks Police Department, ) CASE NO. 4FA- *13-02886 CI*
Officer Z. Sherman, Officer Robert Johnson, )
Officer Jon Doe 1, Officer Jon Doe 2, )
Defendant(s). ) **SUMMONS**
) **AND**
_____ ) **NOTICE TO BOTH PARTIES**
POLICE CHIEF LORN ZAGER, **OF JUDICIAL ASSIGNMENT**

**To Defendant:** Officer Jon Doe 1 / Fairbanks Police Department / 911 CUSHMAN ST.
FAIRBANKS,AK 99701

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented) Frank Byron Yarra Jr. , whose address is: 1931 Eagan St.

Fairbanks,Ak 99701 .

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm , to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge *McDonald* .

SEAL OF THE TRIAL COURTS OF THE FOURTH JUDICIAL DISTRICT STATE OF ALASKA

CLERK OF COURT

*12 - 6 -13*
Date

By _____
Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

Case 4:14-cv-00001-SLG   Document 1-1   Filed 01/09/14   Page 14 of 17

## IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT FAIRBANKS

Frank Byron Yarra Jr.,

                 Plaintiff(s),

    vs.

The City of Fairbanks,Ak.,
Fairbanks Police Department,
Officer Z. Sherman, Officer Robert Johnson,
Officer Jon Doe 1, Officer Jon Doe 2,
            Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 4FA- _13-02886 CI_

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: POLICE CHIEF LORN ZAGER, Officer Jon Doe 2 / Fairbanks Police Department/ 911 CUSHMAN ST. FAIRBANKS,AK 99701

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented) Frank Byron Yarra Jr. , whose address is: 1931 EAGAN St. Fairbanks, Ak. 99701                                                                .

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm , to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge _MacDonald_.

_12-6-13_
        Date

CLERK OF COURT

By _C.Lynch_
        Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

IN THE DISTRICT/SUPERIOR/SUPREME COURT FOR THE STATE OF ALASKA
AT ___FAIRBANKS___

FRANK BYRON YARRA JR.
   Plaintiff,

   vs.

The City of Fairbanks,Ak.,
Fairbanks Police Department,
Officer Z. Sherman,
Officer Robert Johnson,
Officer Jon Doe 1,
Officer Jon Doe 2,

   Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

FILED in the Trial Courts
State of Alaska. Fourth District

NOV 7 - 2013

By _____

_____ Deputy

CASE NO. 4FA-13-2886CI

PRISONER REQUEST FOR
FILING FEE EXEMPTION

I, ___FRANK BYRON YARRA JR.___ , request exemption from paying
     (name of prisoner)
part of the filing fee in this civil litigation against the State of Alaska. As required by
AS 09.19.010, I am submitting to the court:

1.    the following affidavit, and

2.    the attached certified copy of my account statement for the past six months from
    the Department of Corrections.

## AFFIDAVIT

I swear or affirm under penalty of perjury that the following information is true to the best
of my knowledge and belief.

1.    I am a prisoner at ___FAIBANKS CORRECTIONAL CENTER___
                            (name of correctional facility)

2.    I am attaching a filled out Financial Statement on court form CR-206.

3.    The circumstances that prevent me from paying the full filing fee are: ___I am___
    ___currently indigent.___

4.    Nature of action:    ☐ application for post conviction relief
                            ☒ civil lawsuit
                            ☐ appeal of a civil judgment
                            ☐ appeal from final decision of an administrative agency
                            ☐ other: _____



PRISONER REQUEST FOR FILING FEE EX

5. The following specific facts will, when proven, state a claim on which relief can be granted or entitle me to reversal on appeal: That I have been assaulted by the defendants and that my constitutional amendment rights have been violated. That my civil rights have been violated by the defendants.

_____10/10/13_____
Date

_____
Prisoner's Signature

Subscribed and sworn to or affirmed before me at ___Fairbanks___, Alaska on
___10·10·13___.
(date)

(SEAL)

_____
Notary Public or other person authorized to administer oaths.
My commission expires _with Office_

## ORDER

It is ordered that the above request is

☒ GRANTED. The court finds that exceptional circumstances prevent the prisoner from paying the full filing fee. The required filing fee will be $ _13.00_
(Minimum required by AS 09.19.010(d) is 20% of the larger of average monthly deposits to or average balance in prisoner's account.)

☐ DENIED. The court finds that no exceptional circumstances prevent the prisoner from paying the full filing fee.

This case will not be accepted for filing unless the filing fee is paid within 30 days after the date of distribution of this order.

_November 19, 2013_
Date

_____
Judge

I certify that on _11-21-13_
a copy of this order was sent to:
F. Yarra

Clerk: _cl_

_M. McDonald_
Type or Print Name

Exhibit A